1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GARCIA,<br><br>          Plaintiff,<br><br>v.<br><br>REGIONAL ESSENTIAL PHARMACY & MEDICAL SUPPLIES, et al.,<br><br>          Defendants. | No. 2:24-cv-10171-JAK-PD<br><br>**JUDGMENT**<br><br>**[JS6]** |

1

**JUDGMENT IS HEREBY ENTERED** as follows:

1. Judgment is entered in favor of Plaintiff, Maria Garcia, and against Defendants, Regional Essential Pharmacy & Medical Supplies and Mashhour Mashhour, as trustee of the Mashhour Mashhour and Sumaieh M. Mashhour Family Trust.

2. Defendants shall pay to Plaintiff $2195, which includes $1525 in attorney's fees and $670 in costs.

3. Defendants shall also provide an accessible parking space at the property located at or about 326 East Avenue I, Lancaster, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

4. No party may seek the award of any additional fees or costs in this action.

**IT IS SO ORDERED.**

Date:  August 20, 2025

_____

John A. Kronstadt

United States District Judge